IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOFTEX LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE CORPORATION AND ABSOLUTE SOFTWARE, INC.,<br><br>        Defendants. | Civil Action No. 1:22-cv-1308 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

Before the Court is the parties' Joint Motion to Extend Deadlines. For good cause shown, the Court hereby GRANTS the Motion.

IT IS SO ORDERED this _____ day of _____ 2023.

                                                                                               HONORABLE DAVID A. EZRA
                                                                                               UNITED STATES DISTRICT COURT JUDGE