IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SOFTEX LLC,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**ABSOLUTE SOFTWARE CORPORATION AND ABSOLUTE SOFTWARE, INC.,**<br><br>      **Defendants.** | **Civil Action No. 1:22-CV-01308** |

**JOINT MOTION FOR LEAVE FOR SOFTEX LLC TO
FILE A CLAIM CONSTRUCTION SUR-REPLY BRIEF**

Plaintiff, Softex LLC ("Softex") and Defendants, Absolute Software Corporation and Absolute Software Inc. ("Absolute"), file this Joint Motion For Leave for Softex LLC to file a Claim Construction Sur-Reply Brief. The parties jointly seek leave to permit Softex to file a 5-page sur-reply brief due on January 5, 2024 limited to responding to the purported new evidence and/or arguments Defendants made in their Claim Construction Reply Brief.

In addition, Softex agrees not to re-depose Defendants' expert on any claim construction arguments in, or declaration attached to, Defendants' Claim Construction Reply Brief and Defendants agree not to re-depose Softex's expert on any claim construction arguments in, or declaration attached to, Softex's Claim Construction Sur-Reply Brief. Softex agrees not to introduce new claim construction arguments or evidence, other than expert testimony addressing the arguments and evidence relied upon in Defendants' Claim Construction Reply Brief. In support, the parties show the Court as follows**:**

    1. On December 13, 2023, Defendants filed their Reply Claim Construction Brief. Dkt. 63.

    2. The proposed Claim Construction Sur-Reply Brief will respond to purported new evidence and/or arguments made in Defendants' Claim Construction Reply Brief and will serve the interests

of justice by allowing the parties to fully and fairly present their claim construction arguments. The sur-reply is not intended to and will not cause undue delay.

Dated: December 20, 2023.                    Respectfully submitted,

| | |
|---|---|
| */s/*   Reuben H. Chen | */s/*   Blair M. Jacobs |
| Heidi L. Keefe | Blair M. Jacobs |
| (CA Bar 178960) | (DC Bar No. 471024) |
| hkeefe@cooley.com | bjacobs@McKoolSmith.com |
| Reuben H. Chen | Christina A. Ondrick |
| (CA Bar 228725) | (DC Bar No. 494625) |
| rchen@cooley.com | condrick@McKoolSmith.com |
| Alexandra Leeper (admitted pro hac vice) | John S. Holley |
| aleeper@cooley.com | (TX Bar No. 24078678) |
| **COOLEY LLP** | jholley@McKoolSmith.com |
| 3175 Hanover Street | **MCKOOL SMITH, P.C.** |
| Palo Alto, CA 94304 | 1999 K Street, NW, Suite 600 |
| Telephone: (650) 843-5000 | Washington, D.C. 20006 |
| Telecopier: (650) 849-7400 | Telephone: (202) 370-8300 |
| | Telecopier: (202) 370-8344 |
| Orion Armon (admitted pro hac vice) | |
| oarmon@cooley.com | John B. Campbell |
| 1144 15th Street, Suite 2300 | (TX Bar No. 24036314) |
| Denver, CO 80202 | jcampbell@McKoolSmith.com |
| Telephone:  (720) 566-4000 | **MCKOOL SMITH, P.C.** |
| Telecopier:  (720) 566-4099 | 303 Colorado Street, Suite 2100 |
| | Austin, TX 78701 |
| Dustin M. Knight (admitted pro hac vice) | Telephone: (512) 692-8730 |
| dknight@cooley.com | Telecopier: (512) 692-8744 |
| 11951 Freedom Drive | |
| 16th Floor | Casey L. Shomaker |
| Reston, VA 20190 | (TX Bar No. 24110359) |
| Telephone:  (703) 456-8000 | cshomaker@McKoolSmith.com |
| Telecopier:  (703) 456-8100 | Matthew Folks |
| | (TX Bar No. 24116368) |
| Samuel K. Whitt (admitted pro hac vice) | mfolks@McKoolSmith.com |
| swhitt@cooley.com | **MCKOOL SMITH, P.C.** |
| 1299 Pennsylvania Avenue, NW Suite 700 | 300 Crescent Court, Suite 1500 |
| Washington, DC 20004 | Dallas, TX 75201 |
| Telephone:  (202) 842-7800 | Telephone: (214) 978-4218 |
| Telecopier:  (202) 842-7899 | Telecopier: (214) 978-4044 |
| | |
| ***ATTORNEYS FOR DEFENDANTS, ABSOLUTE SOFTWARE CORP. AND ABSOLUTE SOFTWARE, INC.*** | ***ATTORNEYS FOR PLAINTIFF SOFTEX LLC*** |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on December 20, 2023, with the Clerk of the Court for the Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Blair M. Jacobs*
Blair M. Jacobs
