# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SOFTEX LLC, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 1:22-cv-01308-DAE |
| § § | |
| ABSOLUTE SOFTWARE CORP. and § ABSOLUTE SOFTWARE, INC. § § | **JURY TRIAL DEMANDED** |
| Defendants. § § | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff, Softex LLC ("Softex") and Defendants, Absolute Software Corporation and Absolute Software Inc. ("Absolute"), file this Joint Motion to Extend the deadline to complete fact discovery by 24 days, to and including June 21, 2024, in order to allow sufficient time to accommodate witnesses' availability for depositions.[1] The parties agree that no new written discovery requests may be propounded to Plaintiff or Defendants (including HP and Dell).

The parties further agree to extend the mediation deadline from June 4, 2024, to September 20, 2024.

---

[1] The depositions of the following witnesses will be taken on or before June 21, 2024: (1) Ms. Wright (HP); Mr. Tonry (Dell); Mr. Hadri (Absolute); Mr. Parish (Absolute); Mr. Deck (Absolute); Mr. Dunn (Absolute); Mr. Livingston (Absolute); Mr. Phillipson (3rd party former Softex Inc.); Mr. Capetillo (HP); Ms. Buck (Dell); Dell 30(b)(6) (Topics 2-14); HP 30(b)(6) (Topics 1, 13, 14); Crosspoint (3rd party). To accommodate counsel and witness availability, Mr. Ciccarelli's deposition will be taken out of time on July 2, 2024. The parties currently dispute whether Lenovo (3rd party) must sit for a deposition. Assuming that Lenovo's motion to quash is denied or withdrawn, the parties will work cooperatively to schedule that deposition as soon as practicable. No other depositions will be taken after June 21, 2024.

Dated: May 24, 2024 COOLEY LLP

By: */s/ Heidi L. Keefe*
    Heidi L. Keefe (CA Bar 178960)
    hkeefe@cooley.com
    Reuben H. Chen (CA Bar 228725)
    rchen@cooley.com
    Alexandra Leeper (admitted *pro hac vice*)
    aleeper@cooley.com
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone: (650) 843-5000
    Fax: (650) 849-7400

    Orion Armon (admitted *pro hac vice*)
    oarmon@cooley.com
    1144 15th Street, Suite 2300
    Denver, CO 80202
    Telephone: (720) 566-4000
    Fax: (720) 566-4099

    Dustin M. Knight (admitted *pro hac vice*)
    dknight@cooley.com
    11951 Freedom Drive, 16th Floor
    Reston, VA 20190
    Telephone: (703) 456-8000
    Fax: (703) 456-8100

    Samuel K. Whitt (admitted *pro hac vice*)
    swhitt@cooley.com
    1299 Pennsylvania Avenue, NW Suite 700
    Washington, DC 20004
    Telephone: (202) 842-7800
    Fax: (202) 842-7899

    *Attorneys for Defendants Absolute Software Corporation and Absolute Software, Inc.*

| | |
|---|---|
| Dated: May 24, 2024 | */s/ Blair M. Jacobs* |
| | Blair M. Jacobs (WDTX. Bar No. 32010) |
| | bjacobs@spencerfane.com |
| | Christina A. Ondrick (WDTX. Bar No. 494625) |
| | condrick@spencerfane.com |
| | John S. Holley (SBN 24078678) |
| | jholley@spencerfane.com |
| | **SPENCER FANE LLP** |
| | 900 16th Street, Suite 400 |
| | Washington, DC 20006 |
| | Telephone: (816) 474-8100 |
| | Facsimile: (816) 474-3216 |
| | |
| | *Attorneys for Plaintiff* |
| | *Softex LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on May 24, 2024, with the Clerk of the Court for the Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Blair M. Jacobs*
Blair M. Jacobs