**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SOFTEX LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:22-cv-01308-DAE |
| § | |
| ABSOLUTE SOFTWARE CORP. and § | **JURY TRIAL DEMANDED** |
| ABSOLUTE SOFTWARE, INC. § | |
| § | |
| Defendants. § | |
| § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Before the Court is the parties' Joint Motion to Extend Deadlines. For good cause shown, the Court GRANTS THE MOTION. The deadline to complete fact discovery is extended to June 21, 2024. The deadline to conduct mediation is extended to September 20, 2024.

						_____
						Hon. David A. Ezra
						United States District Court Judge